IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| REGINALD JONES, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-CV-429-RWS-JBB |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Respondent. § | |

## ORDER

Before the Court is Petitioner Reginald Jones's petition for writ of habeas corpus challenging the legality of his confinement. Docket No. 1. The case was referred to United States Magistrate Judge Boone Baxter in accordance with 28 U.S.C. § 636.

On May 12, 2025, the Magistrate Judge issued a Report and Recommendation, recommending dismissal of the successive petition with prejudice as to its refiling without permission from the Fifth Circuit Court of Appeals, but without prejudice as to its refiling once such permission has been obtained. Docket No. 8. It was further recommended that a certificate of appealability be denied *sua sponte*. *Id.* at 3. Petitioner acknowledged receipt of the Report on May 21, 2025 (Docket No. 10) and, to date, no objections have been filed.

Because no objections have been received, Petitioner is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v.*

*Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Docket No. 8) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-captioned petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** as to its refiling without permission from the Fifth Circuit Court of Appeals, but **WITHOUT PREJUDICE** as to its refiling once such permission has been obtained. A certificate of appealability is denied *sua sponte*.

**So ORDERED and SIGNED this 23rd day of June, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE